UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA  02203

Law Office of Stephen A. Lagana
LAGANA, STEPHEN A
145 Essex St.
Lawrence, MA  01840

In the matter of                File A 207-892-499           DATE: Oct 30, 2019
URBAEZ BAEZ, RONNY MIGUEL

___ Unable to forward - No address provided.

___ Attached is a copy of the decision of the Immigration Judge. This decision is final unless an appeal is filed with the Board of Immigration Appeals within 30 calendar days of the date of the mailing of this written decision. See the enclosed forms and instructions for properly preparing your appeal. Your notice of appeal, attached documents, and fee or fee waiver request must be mailed to:    Board of Immigration Appeals
                                Office of the Clerk
                                5107 Leesburg Pike, Suite 2000
                                Falls Church, VA 22041

___ Attached is a copy of the decision of the immigration judge as the result of your Failure to Appear at your scheduled deportation or removal hearing. This decision is final unless a Motion to Reopen is filed in accordance with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. § 1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your motion must be filed with this court:
                IMMIGRATION COURT
                JFK FEDERAL BLDG., ROOM 320
                BOSTON, MA  02203

___ Attached is a copy of the decision of the immigration judge relating to a Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. § 1208.31(g)(1), no administrative appeal is available. However, you may file a petition for review within 30 days with the appropriate Circuit Court of Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

___ Attached is a copy of the decision of the immigration judge relating to a Credible Fear Review. This is a final order. No appeal is available.

X  Other: _IJ Order_____

                                        _____K7_____
                                        COURT CLERK
                                        IMMIGRATION COURT                    FF

        CC:

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
BOSTON, MA, 02203

In the Matter of: Ronny Miguel Urbaez Baez          File No.: A 207-892-499

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the Respondent's, **Ronny Miguel Urbaez Baez,** Motion to Administratively Close, is HEREBY ORDERED that the motion be:

[ ] GRANTED  [✓] DENIED  because:

[✓] DHS does ~~not~~ *does* oppose the motion.
[ ] The respondent does not oppose the motion.
[ ] A response to the motion has not been filed with the court.
[ ] Good cause has been established for the motion.
[ ] The court agrees with the reasons stated in the opposition to the motion.
[ ] The motion is untimely per _____.
[✓] Other: Your motion does not sufficiently
Deadlines: distinguish Matter of Castro-Tum, 27 I&N Dec.
271 (AG 2018) which is binding on this court.
[ ] The application(s) for relief must be filed by _____.
[ ] The respondent must comply with DHS biometrics instructions by _____.

10/29/19
Date

Immigration Judge  T. O'Sullivan

### Certificate of Service

This document was served by: [✓] Mail   [ ] Personal Service
To: [ ] Alien   [ ] Alien c/o Custodial Officer   [✓] Alien's Atty/Rep   [✓] DHS
Date: 11-1-19                         By; Court Staff _____ KJ